UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN CORNEJO,<br><br>    Plaintiff,<br><br>v.<br><br>SERGEANT V. MINGLANA, et al.,<br><br>    Defendants. | Case No. 23-cv-05383-JSW<br><br>**ORDER GRANTING MOTION TO VACATE SETTLEMENT PROCEEDINGS; DENYING MOTION TO DISMISS; LIFTING STAY; SCHEDULING MOTION BRIEFING**<br><br>Re: Dkt. Nos. 16, 17 |

Good cause appearing, Defendants' motion to vacate the settlement proceedings is GRANTED. Defendants' motion to dismiss is DENIED without prejudice because it violates the stay. (*See* ECF No. 9.) The stay is now lifted. Defendants may re-file their motion to dismiss according to the schedule below, and the case may be referred back for settlement following resolution of such a motion.

1. No later than **August 24, 2024,** Defendants shall file a motion to dismiss or other dispositive motion.

2. Plaintiff's opposition to the dispositive motion, if any, shall be filed with the court and served upon defendanst no later than **September 9, 2024**.

3. Defendants **shall** file a reply brief no later than **September 23, 2024**.

4. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion unless the court so orders at a later date.

5. All communications by the plaintiff with the court must be served on defendant, or defendants' counsel once counsel has been designated, by mailing a true copy of the document to defendant or their counsel.

6. Discovery may be taken in accordance with the Federal Rules of Civil Procedure. No further court order under Federal Rule of Civil Procedure 30(a)(2) or Local Rule 16-1 is required

before the parties may conduct discovery.

Plaintiff is reminded that state prisoners inmates may review all non-confidential material in their medical and central files, pursuant to *In re Olson*, 37 Cal. App. 3d 783 (Cal. Ct. App. 1974); 15 California Code of Regulations § 3370; and the CDCR's Department Operations Manual §§ 13030.4, 13030.16, 13030.16.1-13030.16.3, 13030.21, and 71010.11.1. Requests to review these files or for copies of materials in them must be made directly to prison officials, not to the court.

7. It is the plaintiff's responsibility to prosecute this case. Plaintiff must keep the court informed of any change of address and must comply with the court's orders in a timely fashion. Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: July 9, 2024

_____
JEFFREY S. WHITE
United States District Judge

2