IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EFRAIN CORNEJO,**<br>Plaintiff,<br>**v.**<br>**V. MINGLANA, et al.,**<br>Defendants. | Case No. 4:23-cv-05383-JSW<br>**ORDER** |

Upon due consideration, the Court **GRANTS** the parties' stipulation and **DISMISSES** all claims with prejudice against Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

Dated: July 16, 2026

The Honorable Jeffrey S. White